UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SETH HULETT,                                )<br>                                                     )<br>           Plaintiff,                         )<br>vs.                                                )           No. 3:18-CV-3372-B-BH<br>                                                     )<br>PATENT OFFICE FEDERAL      )<br>GOVERNMENT,                          )<br>                                                     ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. The case will be dismissed by separate judgment for failure to prosecute or follow orders of the Court.

SIGNED this 7th day of November , 2019.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE